IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| AMUN ET LH WACHI NATION, et al., | * |
| Plaintiffs, | * |
| v. | Case No.  5:21-cv-00259-TES |
| | * |
| STATE COURT OF HOUSTON COUNTY, et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 11, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiffs shall recover nothing of Defendants.

This 12th day of August, 2021.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk