IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **AMUN ET LH WACHI NATION, H.E. EMPRESS MONI'SOI SALIH ESHE HUMES RA EL BAY 1, MONICA LANELL HUMES ESTATE, MONICA LANELL HUMES TRUST, JOHN DOE, and JOHN DOE,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**STATE COURT OF HOUSTON COUNTY,** *et al.*,<br><br>*Defendants*. | **CIVIL ACTION NO.**<br>**5:21-cv-00259-TES** |

### ORDER REOPENING CASE

Having received the filing fee for the above-captioned case on August 12, 2021, the Court now **VACATES** its Order of Dismissal [Doc. 3] and Judgment [Doc. 4] filed on August 11 and August 12, 2021, respectively. Accordingly, the Court **DIRECTS** the Clerk of Court to reopen this case.

As an initial matter, the Court notes that parties may either represent themselves, or an attorney may represent them. In other words, "[a] non-attorney may not represent others in court." *See* Order of Dismissal, *Walker v. Butts Cnty.*, No. 5:18-cv-00155-TES-CHW (M.D. Ga. Aug. 22, 2018), ECF No. 6. To the extent Plaintiff "H.E. Empress Moni'soi Salih Eshe Humes Ra El Bey 1" (also known as "Monica Lanell Humes") seeks

to represent any other individual listed as a plaintiff in her Complaint [Doc. 1], she may not do so unless she is licensed to practice law in either the Middle District of Georgia or the State of Georgia. [Doc. 1, pp. 3–4]; *see also* O.C.G.A. § 15-19-51.

Second, the Court reminds Plaintiff of her obligations under Federal Rule of Civil Procedure 4 with respect to the 21 defendants named in this lawsuit.

As stated above, the Court **REOPENS** this case in light of Plaintiff's payment of the Court's $402 filing fee. The extra dollar bill that accompanied Plaintiff's filing fee will be returned to her along with copies of the Court's:

- Order of Dismissal [Doc. 3] filed on August 11, 2021;
- Judgment [Doc. 4] filed on August 12, 2021; and,
- Order Reopening Case [Doc. 5] filed on August 12, 2021.

The Clerk of Court is **DIRECTED** to send Plaintiff copies of each of the above-listed documents in that order.

**SO ORDERED**, this 12th day of August, 2021.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**