IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| AMUN ET LH WACHI NATION, et al., | * |
| Plaintiffs, | * |
| v. | Case No. 5:21-cv-00259-TES |
| | * |
| STATE COURT OF HOUSTON COUNTY, et al., | |
| | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 29, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiffs shall recover nothing of Defendants.

This 30th day of November, 2021.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk